IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SALVADOR SALINAS CALDERON,<br><br>　　　　　　　Defendant. | CASE NO.  5:25-MJ-00037-CDB<br><br>ORDER THAT CASH BOND BE TRANSFERRED TO CENTRAL DISTRICT OF CALIFORNIA |

　　　On June 20, 2025, Defendant Salvador Salinas Calderon appeared for a continued detention hearing and was ordered released on conditions, including a $500.00 cash bond.  Defendant was also ordered to report to the United States District Court for the Central District of California for further proceedings.  On July 7, 2025, a cash bond of $500.00 was posted as to Salvador Salinas Calderon.

　　　Given that Mr. Calderon's case is now pending before the Central District of California, the Court HEREBY ORDERS the Clerk of the Court to transfer the $500.00 cash bond to the Central District of California.

IT IS SO ORDERED.

Dated:  August 5, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE